UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ALTEK CORPORATION,<br><br>Defendant. | **ORIGINAL**<br><br>Civil Action No. 12-cv-246-DLC |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Michael J. Summersgill, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Eastman Kodak Company in the above-captioned action.

I am an active member in good standing for the Commonwealth of Massachusetts, and there are no pending disciplinary proceedings against me in any State or Federal Court.

Dated: February 7, 2012

_____
Michael J. Summersgill
Wilmer, Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
Email: michael.summersgill@wilmerhale.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ALTEK CORPORATION<br><br>    Defendant. | Civil Action No. 12-cv-246-DLC |

### ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

The motion of Michael J. Summersgill for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Massachusetts; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Michael J. Summersgill |
| Firm Name: | Wilmer Cutler Pickering Hale & Dorr |
| Address: | 60 State Street |
| City/State: | Boston, MA 02109 |
| Phone / Fax: | (617) 526-6000 / (617) 526-5000 |
| Email: | michael.summersgill@wilmerhale.com |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Eastman Kodak Company in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

DATED: _____

Denise L. Cote
United States District Judge

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twentieth** day of **December** A.D. **1996**, said Court being the highest Court of Record in said Commonwealth:

## Michael Summersgill

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **second** day of **February** in the year of our Lord **two thousand and twelve.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

## **CERTIFICATE OF SERVICE**

    I, Saverino Mercadante, hereby certify that on February 9, 2012, a true and correct copy of the foregoing Motion for Admission Pro Hac Vice and supporting papers, dated February 7, 2012, was served by overnight mail on:

Juliette Chan
General Counsel
Altek Corporation
3F, No. 10, Li-Shin Road
Science-Based Industrial Park
Hsinchu, Taiwan


Dated: February 09, 2012

Saverino Mercadante