UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EASTMAN KODAK COMPANY,

    Plaintiff,

v.

ALTEK CORPORATION,

    Defendant.

---

Civil Action No. 12-cv-00246-DLC

**NOTICE OF MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Michael F. Heafey hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Altek Corporation in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of California and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: February 15, 2012

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE, LLP

By: _/s/ Michael F. Heafey_
    Michael F. Heafey

ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA 94025
+1-650-614-7400
+1-650-614-7401
Email: mheafey@orrick.com

Attorneys for Defendant
ALTEK CORPORATION

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

February 13, 2012

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MICHAEL FRANCIS HEAFEY, #153499 was admitted to the practice of law in this state by the Supreme Court of California on June 18, 1991; that from the date of admission to December 13, 1991, he was an ACTIVE member of the State Bar of California; that on December 13, 1991, he transferred at his request to the INACTIVE status as of July 1, 1991; that from that date to April 8, 1993, he was an INACTIVE member of the State Bar of California; that on April 8, 1993, he transferred at his request to the ACTIVE status; that he has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*
Louise Turner
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ALTEK CORPORATION,<br><br>    Defendant. | Civil Action No. 12-cv-00246-DLC<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Michael F. Heafey, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

   Michael F. Heafey
   Orrick, Herrington & Sutcliffe LLP
   1000 Marsh Road
   Menlo Park, CA 94025
   Tel:   650-614-7400
   Fax:   650-614-7401
   Email: mheafey@orrick.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Altek Corporation in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at <u>apply for an ECF PASSWORD</u>.


DATED: _____, 2012      _____
                                   The Honorable Denise L. Cote
                                   United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>ALTEK CORPORATION,<br><br>        Defendant. | Civil Action No. 12-cv-00246-DLC<br><br>**CERTIFICATE OF SERVICE** |

       I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California 94025. On February 15, 2012, I served the following document(s) entitled:

    1.    **MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL F. HEAFEY**
    2.    **ORDER FOR ADMISSION *PRO HAC VICE***

☒  **(MAIL)**  By placing a true copy of the document(s) listed above in an envelope, with postage thereon fully prepaid, addressed as set forth below and then sealing the envelope and depositing it in the U.S. mail at Irvine, California. I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service, said practice being that in the ordinary course of business, correspondence with postage thereon fully prepaid is deposited with the U.S. Postal Service the same day as it is placed for collection.

**Counsel for Plaintiff Eastman Kodak Company**

Robert J. Gunther, Jr.
**Wilmer Cutler Pickering Hale & Dorr, LLP**
399 Park Avenue
New York, NY 10022
Tel. (212) 230-8800
Fax (212) 230-8888
Email: Robert.gunther@wilmerhale.com

*Of Counsel:*

Michael J. Summersgill
Jordan L. Hirsch
**Wilmer Cutler Pickering Hale & Dorr, LLP**
60 State Street
Boston, MA  02109
Tel. (617) 526-6000
Fax (617) 526-5000

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 15, 2012, at Menlo Park, California.

_____
Aura L. Tatagiba

OHSUSA:261532316.1