USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/2012

Cote, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EASTMAN KODAK COMPANY,

    Plaintiff,

v.

ALTEK CORPORATION,

    Defendant.

---

Civil Action No. 12-cv-00246-DLC

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that Defendant Altek Corporation ("Altek") was properly served with Eastman Kodak Company's Complaint on February 3, 2012 and that the time for Altek to answer, move or otherwise respond with respect to the summons and Complaint is extended from February 24, 2012 to March 9, 2012. This is the first request for an extension of the time to respond to a pleading in this matter.

Dated: New York, New York
       February 21, 2012

By: _____
Lisa T. Simpson
Orrick, Herrington & Sutcliffe, LLP
51 West 52nd Street
New York, NY 10019
(212) 506-5000

Attorneys for Defendant Altek, Corp.

By: _____
Robert J. Gunther, Jr.
Wilmer Cutler Pickering Hale & Dorr, LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

Attorneys for Plaintiff Eastman Kodak Company

SO ORDERED:

_____
The Honorable Denise L. Cote
United States District Judge

2/27/12