UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EASTMAN KODAK COMPANY,

Plaintiff,

v.

ALTEK CORPORATION,

Defendant.

Civil Action No. 12-cv-246-DLC

**MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Jonathan W. Woodard, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Eastman Kodak Company in the above-captioned action.

I am an active member in good standing for the Commonwealth of Massachusetts, and there are no pending disciplinary proceedings against me in any State or Federal Court.

Dated: February 7, 2012

Jonathan W. Woodard
Wilmer, Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
Email: jonathan.woodard@wilmerhale.com

Granted:
[signature]
2/27/12