

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EASTMAN KODAK COMPANY,

    Plaintiff,

v.

ALTEK CORPORATION,

    Defendant.

---

Civil Action No. 12-cv-246-DLC

**MEMO ENDORSED**

### MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Jordan L. Hirsch, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Eastman Kodak Company in the above-captioned action.

I am an active member in good standing for the Commonwealth of Massachusetts, and there are no pending disciplinary proceedings against me in any State or Federal Court.

Dated: February 7, 2012

                                    Jordan L. Hirsch
                                    Wilmer, Cutler Pickering Hale & Dorr LLP
                                    60 State Street
                                    Boston, MA 02109
                                    Tel: (617) 526-6000
                                    Fax: (617) 526-5000
                                    Email: jordan.hirsch@wilmerhale.com

Granted.
*[signature]*
2/27/12