UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EASTMAN KODAK COMPANY,

        Plaintiff,

v.

ALTEK CORPORATION,

        Defendant.

Civil Action No.: 12-cv-00246 (DLC)

**NOTICE OF APPEARANCE**

---

To the Clerk of this Court and all parties of record:

    Please enter the appearance of the undersigned attorney as counsel of record for Defendant Altek Corporation in the above-captioned matter.

    I certify that I am admitted to practice in this Court.

Dated: February 28, 2012

        Respectfully submitted,

        ORRICK, HERRINGTON & SUTCLIFFE LLP

    By: /s/ Lisa T. Simpson
        Lisa T. Simpson
        51 West 52nd Street
        New York, New York 10019
        (212) 506-5000
        lsimpson@orrick.com

        Attorneys for Defendant Altek Corporation