MEMO ENDORSED

DOC # 11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EASTMAN KODAK COMPANY,

    Plaintiff,

v.

ALTEK CORPORATION,

    Defendant.

Civil Action No. 12-cv-00246-DLC

**NOTICE OF MOTION FOR
ADMISSION PRO HAC VICE**

3/5/2012

---

Pursuant to Local Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Theresa A. Sutton hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Altek Corporation in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of California and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: February 14, 2012

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE, LLP

By: _____
Theresa A. Sutton

ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA 94025
+1-650-614-7400
+1-650-614-7401
Email: tsutton@orrick.com

Attorneys for Defendant
ALTEK CORPORATION

Granted.
Denise Cote
March 5, 2012