UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br>            Plaintiff,<br><br>    v.<br><br>ALTEK CORPORATION,<br>            Defendant. | Civil Action No.  12-cv-00246-DLC<br><br>**ALTEK CORPORATION'S RULE<br>7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Altek Corporation ("Altek") states that Altek has no parent corporation and that no publicly held corporation owns 10% or more of Altek's stock.

Dated:   New York, New York
         March 9, 2012

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:   **/s/ Lisa T. Simpson**
Lisa T. Simpson
51 W. 52nd Street
New York, NY  10019-6142
(212) 506-5000
lsimpson@orrick.com

Michael F. Heafey (admitted *pro hac vice*)
Theresa A. Sutton (admitted *pro hac vice*)
1000 March Road
Menlo Park, CA  94025-1021
(650) 614-7400
mheafey@orrick.com
tsutton@orrick.com

Attorneys for Defendant Altek Corporation