UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>　　Plaintiff,<br><br>　　v.<br><br>ALTEK CORPORATION,<br><br>　　Defendant. | Civil Action No. 12-cv-246-DLC |

### CERTIFICATE OF SERVICE

ROBERT J. GUNTHER, JR., under penalty of perjury, hereby declares as follows:

　　1.　　I am a Partner with the law firm Wilmer Cutler Pickering Hale & Dorr, LLP, counsel for Plaintiff Eastman Kodak Company ("Kodak") in the above captioned action, and am a member of the Bar of this Court.

　　2.　　I hereby certify that, on April 13, 2012, copies of the Court's April 11, 2012 Notice of Pretrial Conference and Individual Practices were served by electronic mail on the following counsel of record for Altek Corporation:

　　　　Lisa T. Simpson
　　　　Orrick, Herrington & Sutcliffe LLP (NYC)
　　　　51 West 52nd Street
　　　　New York, NY 10019
　　　　Email: lsimpson@orrick.com

　　　　Michael F. Heafey
　　　　Orrick, Herrington & Sutcliffe, LLP (Menlo Park)
　　　　1000 Marsh Road
　　　　Menlo Park, CA 94025
　　　　Email: mheafey@orrick.com

　　　　Theresa A. Sutton
　　　　Orrick, Herrington & Sutcliffe, LLP
　　　　1000 Marsh Road
　　　　Menlo Park, CA 94025
　　　　Email: tsutton@orrick.com

- 2 -

    3.    Copies of the Court's September 2, 2011 Notice of Pretrial Conference and the Court's Individual Practices were also sent to Ms. Simpson by First Class Mail on April 13, 2012.

I declare that the foregoing is true and correct.

/s/ *Robert J. Gunther, Jr.*
Robert J. Gunther, Jr.
Wilmer Cutler Pickering Hale & Dorr, LLP
399 Park Avenue
New York, New York 10022
Tel: (212) 230-8800
Fax: (212) 230-8888
robert.gunther@wilmerhale.com

Dated: New York, New York
       April 17, 2012