UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :        12 Civ. 0246 (DLC)
EASTMAN KODAK COMPANY,                   :
                        Plaintiff,       :              ORDER
                                         :
              -v-                        :
                                         :
ALTEK CORPORATION,                       :
                                         :
                        Defendant.       :
                                         :
----------------------------------------X

4/26/2012

DENISE COTE, District Judge:

     On February 15, 2012, plaintiff Eastman Kodak Company

("Kodak") moved for issuance of letters rogatory in connection

with its efforts to serve summons and complaint upon defendant

Altek Corporation ("Altek").  Altek filed its Answer on March 9,

and does not contest service.  Accordingly, it is hereby

     ORDERED that Kodak's February 15 motion is vacated as moot.

     SO ORDERED:

Dated:    New York, New York
          April 25, 2012

                              _____
                                         DENISE COTE
                              United States District Judge