UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ALTEK CORPORATION,<br><br>　　　　　Defendant. | Civil Action No. 12-cv-0246-DLC<br><br>**ALTEK CORPORATION'S NOTICE OF WITHDRAWAL OF APPEARANCE OF THERESA A. SUTTON** |

　　　PLEASE TAKE NOTICE that Theresa A. Sutton withdraws her appearance as counsel on behalf of Defendant Altek Corporation, in the above-captioned matter.

　　　PLEASE TAKE FURTHER NOTICE that Lisa T. Simpson, Michael F. Heafey, and Morvarid Metanat of Orrick, Herrington & Sutcliffe, LLP continue to represent Defendant as counsel of record in the above-captioned matter. This withdrawal of appearance applies only to Ms. Sutton, which is no longer associated with the firm.

Dated:　April 30, 2012

　　　　　　　　　　　　　　　　　　　　ORRICK, HERRINGTON & SUTCLIFFE LLP

　　　　　　　　　　　　　　　　By:　　*/s/ Morvarid Metanat /s/*
　　　　　　　　　　　　　　　　　　　Lisa T. Simpson
　　　　　　　　　　　　　　　　　　　51 W. 52nd Street
　　　　　　　　　　　　　　　　　　　New York, NY  10019-6142
　　　　　　　　　　　　　　　　　　　(212) 506-5000
　　　　　　　　　　　　　　　　　　　lsimpson@orrick.com

　　　　　　　　　　　　　　　　　　　Michael F. Heafey (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　Morvarid Metanat (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　1000 March Road
　　　　　　　　　　　　　　　　　　　Menlo Park, CA  94025-1021
　　　　　　　　　　　　　　　　　　　(650) 614-7400
　　　　　　　　　　　　　　　　　　　mheafey@orrick.com
　　　　　　　　　　　　　　　　　　　mmetanat@orrick.com

　　　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANT
　　　　　　　　　　　　　　　　ALTEK CORPORATION

OHSUSA:750740090.1

SO ORDERED:                                    -2-


_____
HON. DENISE COTE
United States District Judge