# WILMERHALE

5-9-2012

May 9, 2012

**By Hand**

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007



Robert J. Gunther, Jr.

+1 212 230 8830 (t)
+1 212 230 8888 (f)
robert.gunther@wilmerhale.com

**MEMO ENDORSED**

Re:   *Eastman Kodak Company v. Altek Corporation*, 12-cv-246 (DLC)

Dear Judge Cote:

Eastman Kodak Company submits this letter, pursuant to the requirements set forth in the Court's April 11, 2012 Notice of Initial Pretrial Conference, seeking a brief adjournment of the May 14, 2012 Initial Pretrial Conference in the above captioned matter. Kodak requests an adjournment because of a recent conflict that will require me to travel out of state for a preliminary injunction hearing at the beginning of next week in the case of *GlaxoSmithkline PLC et al v. Hikma Pharmaceutical Co., Ltd.*, et al., 3:12-CV-01965-FLW-DEA. The preliminary injunction hearing will occur on May 15 in Trenton, New Jersey and I will need to be in Trenton on May 14 for witness and hearing preparation. My colleague and co-lead counsel, Michael Summersgill, has had a long standing commitment on May 14, and cannot attend in my place. We have discussed the adjournment with Ms. Lisa Simpson, counsel for the Defendant Altek Corporation, and Altek consents. Potential alternative dates for the Initial Pretrial Conference on which counsel for both parties can be present include Friday, June 1; Friday, June 8, and Friday, June 15.

Kodak appreciates the Court's consideration, and I apologize for the inconvenience to the Court.

Very truly yours,

Robert J. Gunther, Jr.

The conference is adjourned to June 15 at 2:30.

So ordered.

May 9, 2012

cc:   Lisa Simpson (by email)
      Michael Heafy (by email)
      Morvarid Metanat (by email)
      Michael J. Summersgill (by email)
      Jordan L. Hirsch (by email)
      Jonathan W. Woodard (by email)

Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022

Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington