UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EASTMAN KODAK COMPANY,

            Plaintiff,

        -vs-

ALTEK CORPORATION,

            Defendant.

**12-cv-0246-DLC**

**NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for Defendant Altek Corporation, in the above-captioned action.  All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

Dated:  New York, New York
          June 14, 2012

Respectfully submitted,

By:      /s/ Richard F. Martinelli
           Richard F. Martinelli

ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
Tel.: (212) 506-5000
Fax: (212) 506-5151
rmartinelli@orrick.com

Attorney for Defendant ALTEK CORPORATION

OHSUSA:750907446.1