```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :    12 Civ. 0246 (DLC)
EASTMAN KODAK COMPANY,                   :
                    Plaintiff,           :        ORDER
                                         :
          -v-                            :
                                         :
ALTEK CORPORATION,                       :
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On April 30, 2012, the law firm of Orrick Herrington & Sutcliffe, LLP, counsel for the defendant, filed a notice of withdrawal of the appearance of Theresa A. Sutton who is no longer with their firm, it is hereby

ORDERED that the Clerk of Court shall remove Theresa A. Sutton's appearance from this case.

SO ORDERED:

Dated:   New York, New York
         June 14, 2012

                              _____
                                        DENISE COTE
                              United States District Judge