UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
:       12 Civ. 246 (DLC)
EASTMAN KODAK COMPANY,               :
               Plaintiff,    :       PRETRIAL
:       SCHEDULING ORDER
       -v-                        :
:
ALTEK CORPORATION,                   :
               Defendant.    :
:
---------------------------------------- X

6/18/2012

DENISE COTE, District Judge:

    As set forth at the pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on June 15, 2012, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties are instructed to contact the chambers of Magistrate Judge Gorenstein immediately in order to pursue settlement discussions under his supervision.

2. The parties shall submit a revised proposed schedule no later than **June 22, 2012**.

Dated:   New York, New York
          June 18, 2012

                                                   DENISE COTE
                                  United States District Judge