

# ORRICK

**MEMORANDUM**

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CALIFORNIA 94025-1015

tel +1-650-614-7400
fax +1-650-614-7401

WWW.ORRICK.COM

June 27, 2012

Morvarid Metanat
(650) 614-7344
mmetanat@orrick.com

**VIA FACSIMILE - (212) 805-4268**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED  6/27/12
```

The Honorable Gabriel Gorenstein
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re:   *Eastman Kodak Company v. Altek Corporation*, Case No. 12-cv-246-DLC (S.D.N.Y.)

Dear Judge Gorenstein:

This letter requests that the Court continue the Settlement Conference currently scheduled for July 2, 2012 to July 19, 2012 at 10 a.m.

Altek, Inc.'s representative is located in Taiwan and unavailable to attend the July 2, 2012 conference in person, but is available to attend the conference on July 19, 2012. Pursuant to the Court's June 20, 2012 Order and Paragraph 8 of the Standing Order, counsel for the parties are required to seek a change in date or an adjournment where a client who would otherwise participate by telephone would be available to attend the conference in person were it held on another date. (*See* Dkt. No. 34).

Counsel for the parties have met and conferred and agree to continue the Settlement Conference to July 19, 2012. The parties have consulted the Deputy Clerk and determined that the Court also is available on July 19, 2012 to conduct the conference. Accordingly, the parties respectfully request that the Court continue the Settlement Conference currently scheduled for July 2, 2012 at 10:00 a.m. to July 19, 2012 at 10:00 a.m.

Sincerely,

Orrick, Herrington & Sutcliffe LLP

Morvarid Metanat

cc:   Jonathan W. Woodard (via email)

*Granted. Letter due July 16 at 12 noon.*

SO ORDERED 6/27/2012
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE