# WILMERHALE

**MEMORANDUM ENDO**

July 11, 2012

**Michael J. Summersgill**

+1 617 526 6760 (t)
+1 617 526 5000 (f)
michael.summersgill@wilmerhale.com

**By Facsimile – (212) 805-4268**

Honorable Magistrate Judge Gabriel W. Gorenstein
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7/11/12

Re: *Eastman Kodak Company v. Altek Corporation*, 12 CV 246

Dear Judge Gorenstein:

Eastman Kodak Company ("Kodak") submits this letter pursuant to Paragraph 8 of the Court's Standing Order regarding settlement conferences, seeking a continuance of the settlement conference currently scheduled for July 19, 2012 at 10:00 a.m. (Dkt. 37) to September 12, 2012 at 10:00 am. Kodak is seeking a continuance because of conflicts related to the Final Pretrial Conference and settlement conference currently scheduled for the week of July 16 in the *Kodak v. Asia Optical Co., Inc.*, 11-cv-6036 (DLC) matter. Further, Kodak believes that settlement discussions between Kodak and Altek will be more productive after the parties have had the opportunity to take further discovery. The Deputy Clerk has confirmed that the morning of September 12 is available for the Court, and counsel for Altek have agreed to continuing the settlement conference to September 12.

Accordingly, Kodak respectfully requests that the Court continue the settlement conference in the above referenced case to **September 12, 2012 at 10:00 am**.

Respectfully submitted,

Michael J. Summersgill

cc:   Michael F. Heafey (by email)
      Lisa T. Simpson (by email)
      Morvarid Metanat (by email)
      Robert J. Gunther (by email)
      Jordan L. Hirsch (by email)
      Jonathan W. Woodard (by email)

*Granted. Letters due at 12:00 noon on September 7, 2012.*

SO ORDERED: 7/11/12
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109
Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington