UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Eastman Kodak Company     Plaintiff,          Case No. 12-cv-246

   -against-

Altek Corporation     Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending          ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Robert J. Gunther, Jr.
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: RG6655         My State Bar Number is 1967652

I am,

☑ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Wilmer Cutler Pickering Hale and Dorr LLP
              FIRM ADDRESS: 399 Park Avenue New York, NY 10022
              FIRM TELEPHONE NUMBER: 212-230-8800
              FIRM FAX NUMBER: 212-230-8888

NEW FIRM:     FIRM NAME: Wilmer Cutler Pickering Hale and Dorr LLP
              FIRM ADDRESS: 7 World Trade Center, New York, NY 10007
              FIRM TELEPHONE NUMBER: 212-230-8800
              FIRM FAX NUMBER: 212-230-8888

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: July 16, 2012                    s/ Robert J. Gunther, Jr.
                                        _____
                                        ATTORNEY'S SIGNATURE