UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
EASTMAN KODAK COMPANY,            :    12 Civ. 0246 (DLC)
                    Plaintiff,    :
                                  :        ORDER
            -v-                   :
                                  :
ALTEK CORPORATION,                :
                                  :
                    Defendant.    :
-------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/12

DENISE COTE, District Judge:

In a letter dated September 19, 2012, Eastman Kodak Company ("Eastman") informed the Court that Altek Corporation ("Altek") had failed to respond to two Requests for Admissions ("RFAs") that Eastman had served on Altek on August 8, 2012. On September 25, 2012, this Court endorsed the response from Altek and ordered Altek to respond to the two RFAs by October 1, 2012. In a letter dated October 8, 2012, Eastman informed the Court that Altek has failed to respond to the substance of the RFAs. It is hereby

ORDERED that a telephone conference shall be held at **11:00 a.m.** on **October 12, 2012.**

SO ORDERED:

Dated:   New York, New York
         October 9, 2012

                                    _____
                                           DENISE COTE
                                    United States District Judge