UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EASTMAN KODAK COMPANY,

    Plaintiff,

v.

ALTEK CORPORATION,

    Defendant.

Civil Action No. 12-cv-0246-DLC

JOINT STIPULATION AND
EXTENDING SUMMARY JUDGMENT
BRIEFING SCHEDULE



Plaintiff Eastman Kodak, Inc. and Defendant Altek Corporation, by and through their respective attorneys of record, hereby agree and stipulate as follows:

WHEREAS, the parties current briefing schedule relating to motions for summary judgment are as follows:

| | |
|---|---|
| Deadline for summary judgment motions | December 7, 2012 |
| Deadline to oppose summary judgment motions | January 11, 2013 |
| Deadline to reply to oppositions motions | January 25, 2013 |

WHEREAS, Altek conducted a Rule 30(b)(6) deposition of Kodak on November 15, 2012;

WHEREAS, at Altek's request, Kodak has agreed to a second Rule 30(b)(6) deposition of Kodak;

WHEREAS, due to prior commitments and the upcoming holidays, the earliest available date for the parties to conduct a second deposition of Kodak is January 22, 2013;

WHEREAS, the current deadlines for summary judgment briefing would not allow Altek the benefit of any testimony from the second deposition of Kodak for its summary judgment briefing;

-2-

NOW THEREFORE, the parties hereby stipulate, subject to the Court's approval, that the briefing schedule be extended as follows:

| Deadline for summary judgment motions | February 1, 2013 |
| --- | --- |
| Deadline to oppose summary judgment motions | February 15, 2013 |
| Deadline to reply to oppositions motions | February 22, 2013 |

Dated: December 7, 2012

WILMER CUTLER PICKERING HALE & DORR LLP

By: ___/s/ Jonathan Woodard___
JONATHAN WOODARD
Attorneys for Plaintiff
EASTMAN KODAK, INC.

Dated: December 7, 2012

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: ___/s/ Morvarid Metanat___
MORVARID METANAT
Attorneys for Defendant
ALTEK CORPORATION

So ordered.

*[signature]*
Dec. 7, 2012