UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>ALTEK CORPORATION,<br><br>    Defendant. | Civil Action No. 12-cv-246 (DLC) |

**NOTICE OF MOTION BY EASTMAN KODAK COMPANY FOR PARTIAL SUMMARY JUDGMENT REGARDING THE VALIDITY AND INTERPRETATION OF THE PLA**

PLEASE TAKE NOTICE that upon Plaintiff Eastman Kodak Company's ("Kodak") Memorandum of Law in Support of its Motion for Partial Summary Judgment regarding the validity and interpretation of the parties' July 1, 2004 Patent License Agreement ("PLA"), Kodak will move this Court pursuant to Rule 56 of the Federal Rules of Civil Procedure, at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, to issue an order that (i) "open market price" in Section 4.14 of the PLA means *Altek's* open market price to its customers; and (ii) the PLA is valid and enforceable.

WHEREFORE, Kodak requests that its Motion for Partial Summary Judgment of the validity and interpretation of the PLA be granted in all respects.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: New York, New York<br>        February 1, 2013 | /s/ *Robert J. Gunther, Jr.*<br>Robert J. Gunther, Jr.<br>WILMER CUTLER PICKERING HALE & DORR, LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Tel: (212) 230-8800<br>Fax: (212) 230-8888<br>robert.gunther@wilmerhale.com |

- 2 -

        Michael J. Summersgill (*pro hac vice*)
        Jordan L. Hirsch (*pro hac vice*)
        Jonathan W. Woodard (*pro hac vice*)
        WILMER CUTLER PICKERING HALE & DORR, LLP
        60 State Street
        Boston, Massachusetts 02109
        Tel: (617) 526-6000
        Fax: (617) 526-5000

        *Attorneys for Eastman Kodak Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>               Plaintiff,<br><br>      v.<br><br>ALTEK CORPORATION.<br><br>               Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 12-CV-246 (DLC) |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of February, 2013, I caused Plaintiff Eastman Kodak Company's Notice of Motion for Partial Summary Judgment, and all supporting papers, including Kodak's Statement of Undisputed Material Facts, Memorandum of Law, Declaration of Jonathan Woodard, and Exhibits 1-10 thereto to be served on the following attorneys of record by email:

    Lisa T. Simpson
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    51 W. 52nd Street
    New York, NY  10019-6142
    (212) 506-5000
    lsimpson@orrick.com

    Michael F. Heafey
    Morvarid Metanat
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 March Road
    Menlo Park, CA  94025-1021
    (650) 614-7400
    mheafey@orrick.com
    mmetanat@orrick.com

    *Attorneys for Defendant*

                                                 By:  */s/ Jonathan W. Woodard.*