Michael F. Heafey
mheafey@orrick.com
Morvarid Metanat
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:  (650) 614-7400
Facsimile:  (650) 614-7401

Lisa Simpson
lsimpson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W. 52nd Street
New York, NY  10019-6142
Telephone:  (212) 506-5000
Facsimile:  (212) 506-5151

Attorneys for Defendant
Altek Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY, | Civil Action No.  12-cv-0246-DLC |
| Plaintiff, | |
| v. | Hon. Denise L. Cote |
| ALTEK CORPORATION, | |
| Defendant. | |

**NOTICE OF DEFENDANT ALTEK CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that upon the accompanying Rule 56.1 Statement of

Undisputed Facts, the declarations of Alex Hsia and Morvarid Metanat, and all of the exhibits

attached thereto, the accompanying Memorandum of Law in Support of Defendant Altek

Corporation's Motion for Partial Summary Judgment, and all prior pleadings and proceedings

herein, Defendant Altek will move this Court before the Honorable Denise Cote, United District Judge for the Southern District of New York, at the United States Courthouse, Daniel Patrick Moynihan, United States Courthouse, 500 Pearl St., New York, NY 10007, at a date and time to be determined by the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an order granting partial summary judgment.

Dated:  February 1, 2013

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Morvarid Metanat*
Michael F. Heafey (admitted *pro hac vice*)
Morvarid Metanat (admitted *pro hac vice*)
1000 Marsh Road
Menlo Park, CA  94025-1021
(650) 614-7400
mheafey@orrick.com
mmetanat@orrick.com

Lisa T. Simpson
51 W. 52nd Street
New York, NY  10019-6142
(212) 506-5000
lsimpson@orrick.com

ATTORNEYS FOR DEFENDANT
ALTEK CORPORATION