UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALTEK CORPORATION,<br><br>　　　　　Defendant. | Civil Action No.  12-cv-0246-DLC<br><br>Hon. Denise L. Cote |

**CERTIFICATE OF SERVICE**

I am more than eighteen years old and not a party to this action.  My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025.  On February 1, 2013, I served the following document(s):

1. Notice of Defendant Altek Corporation's Motion for Partial Summary Judgment

2. Memorandum of Law in Support of Defendant Altek Corporation's Motion for Partial Summary Judgment

3. Declaration of Morvarid Metanat in Support of Defendant Altek Corporation's Motion for Partial Summary Judgment; Exhibits A-K

4. Declaration of Alex Hsia in Support of Defendant Altek Corporation's Motion for Partial Summary Judgment

5. [Proposed] Order Granting Altek Corporation's Motion for Partial Summary Judgment

6. Defendant Altek Corporation's Local Civil Rule 56.1 Statement of Undisputed Material Facts in Support of Its Motion for Partial Summary Judgment

7. Letter to Judge Cote requesting to file under seal

8. Letter Judge Cote requesting oral argument

on all interested parties to this action in the manner described as follows:

☒       (BY ELECTRONIC MAIL)  I caused the document to be e-mailed to the addressee(s) set forth on the Service List.

| | |
|---|---|
| **Jonathan W Woodard** | *Counsel for Plaintiff* |
| jonathan.woodard@wilmerhale.com | **Eastman Kodak Company** |
| **Jordan L Hirsch** | |
| jordan.hirsch@wilmerhale.com | |
| **Michael J Summersgill** | |
| michael.summersgill@wilmerhale.com | |

WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000

**Robert J. Gunther , Jr**
Robert.Gunther@wilmerhale.com
WILMER, CUTLER, HALE & DORR, LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel:  (212) 230-8800

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Menlo Park, California on February 1, 2013.

             */s/ Josette Romero*
             Josette Romero

OHSUSA:753076118.1