```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :    12 Civ. 0246 (DLC)
EASTMAN KODAK COMPANY,                     :
                    Plaintiff,             :       ORDER
                                           :
          -v-                              :
                                           :
ALTEK CORPORATION,                         :
                                           :
                    Defendant.             :
                                           :
-------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/13

DENISE COTE, District Judge:

In a letter dated February 1, 2013, Altek Corporation requests to file redacted versions of certain documents and to file other documents in their entirety under seal. It is hereby

ORDERED that a telephone conference shall be held at **10:00 a.m.** on **February 6, 2013.**

SO ORDERED:

Dated:   New York, New York
         February 5, 2013

```
                              _____
                                       DENISE COTE
                              United States District Judge
```