```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :    12 Civ. 0246 (DLC)
EASTMAN KODAK COMPANY,                     :
                        Plaintiff,         :         ORDER
                                           :
            -v-                            :
                                           :
ALTEK CORPORATION,                         :
                                           :
                        Defendant.         :
                                           :
-------------------------------------------X
```

ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/6/13

DENISE COTE, District Judge:

In a letter dated February 1, 2013, Altek Corporation ("Altek") requests to file redacted versions of certain documents and to file other documents in their entirety under seal, including a number of exhibits to the Declaration of Morvarid Metanat in Support of Altek's Motion for Partial Summary Judgment ("Metanat Declaration"). In another letter dated February 1, Eastman Kodak Company ("Kodak") proposes redactions to a number of exhibits to Kodak's Motion for Partial Summary Judgment. On January 6, 2013, the Court held a telephone conference to discuss the parties' proposed redactions. It is hereby

ORDERED that with respect to Altek's February 1 letter, Altek's request to file a redacted version of exhibit C to the Metanat Declaration is approved except that paragraph 4.14 shall not be redacted. Altek's request to file a redacted version of

exhibit K to the Metanat Declaration is approved. Altek's request to file redacted versions of the Memorandum of Law in Support of Altek's Motion for Partial Summary Judgment and Altek's Local Civil Rule 56.1 Statement is denied. Altek's request to redact exhibits A, B, D, F, G, H, I, and J is also denied. With respect to exhibit F, however, Altek is permitted to redact references to the percentage figure and to the third-party as discussed at the telephone conference held on January 6.

IT IS FURTHER ORDERED that with respect to Kodak's February 1 letter, all of Kodak's proposed redactions are approved with one exception. The request to file the excerpts from the transcript of the October 25, 2012 Rule 30(b)(6) Deposition of Altek is denied.

IT IS FURTHER ORDERED that the parties shall promptly file these documents, with approved redactions, on the Electronic Case Filing system.

SO ORDERED:

Dated:   New York, New York
         February 6, 2013

_____
DENISE COTE
United States District Judge