Michael F. Heafey
mheafey@orrick.com
Morvarid Metanat
mmetanat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:  (650) 614-7400
Facsimile:   (650) 614-7401

Lisa Simpson
lsimpson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W. 52nd Street
New York, NY  10019-6142
Telephone:  (212) 506-5000
Facsimile:   (212) 506-5151

Attorneys for Defendant
Altek Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ALTEK CORPORATION,<br><br>　　　　　　Defendant. | Civil Action No.  12-cv-0246-DLC<br><br>Hon. Denise L. Cote |

**NOTICE OF DEFENDANT ALTEK CORPORATION'S CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that upon Defendant Altek Corporation's Opposition to Eastman Kodak Company's Partial Summary Judgment Motion, accompanying Rule 56.1 Statement of Undisputed Facts and declarations of Alex Hsia, Jason Lin, Juliette Chan, Steve Shih, Jonathan Tomlin, and Morvarid Metanat, and all of the exhibits attached thereto, and all

prior pleadings and proceedings herein, Defendant Altek cross moves this Court and the Honorable Denise Cote, United District Judge for the Southern District of New York, at the United States Courthouse, Daniel Patrick Moynihan, United States Courthouse, 500 Pearl St., New York, NY 10007, for an order granting partial summary judgment, at a date and time to be determined by the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure.

Dated:  February 15, 2013    ORRICK, HERRINGTON & SUTCLIFFE LLP

By:   */s/ Morvarid Metanat*
Michael F. Heafey (admitted *pro hac vice*)
Morvarid Metanat (admitted *pro hac vice*)
1000 Marsh Road
Menlo Park, CA  94025-1021
(650) 614-7400
mheafey@orrick.com
mmetanat@orrick.com

Lisa T. Simpson
51 W. 52nd Street
New York, NY  10019-6142
(212) 506-5000
lsimpson@orrick.com

ATTORNEYS FOR DEFENDANT
ALTEK CORPORATION