UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY, | Civil Action No.  12-cv-0246-DLC |
| Plaintiff, | |
| v. | |
| ALTEK CORPORATION, | |
| Defendant. | |

**DECLARATION OF STEVE SHIH IN SUPPORT OF ALTEK CORPORATION'S OPPOSITION TO EASTMAN KODAK COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Steve Shih, declare:

1.	I make this declaration in support of Defendant Altek Corporation's Opposition to Eastman Kodak Company's Motion for Partial Summary Judgment.  Except as indicated herein, I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would competently thereto.

2.	I am Altek Corporation's Chief Financial Officer.  I have held this position since 2002.

3.	I have provided counsel with Altek's sales data for the years 2004 through 2012 and profitability data for 2004.  This data is contained in the following files located on the CD-Rom submitted herewith and labeled "Exhibits to the Declaration of Steve Shih in Support of Altek Corporation's Opposition to Eastman Kodak's Motion for Partial Summary Judgment.  Altek has designated these files "Confidential—Attorneys' Eyes Only" pursuant to the Protective Order and labeled them as follows:

  a.   2004 年.xls [Bates numbers ALTK00005679]

  b.   2005 年.xls [Bates numbers ALTK00005680]

  c.   2006 年.xls  [Bate numbers ALTK00005681]

  d.   2007 年.xls  [Bate numbers ALTK00005682]

  e.   2008 年.xls  [Bate numbers ALTK00005683]

  f.   2009 年.xls  [Bate numbers ALTK00005684]

  g.   2010 年.xls  [Bate numbers ALTK00005685]

  h.   2011 年.xls  [Bate numbers ALTK00005686]

  i.   2012 年 1-9 月.xls  [Bate numbers ALTK00005687]

    j. 2004 GP by Models.xls  [Bate numbers ALTK00005688]

 4. The data contained in these files is data that Altek extracted from its daily operation database with the exception of the fields providing detail on the customer model and specifications of particular cameras used during the ordinary course of business.  For these fields, Altek filled in the information based on data provided by Altek's sales staff and/or internet research.  All the data is true and correct.

 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Taiwan on this 14 th day of February, 2013.

By: _____
   STEVE SHIH (STEVE SHYR)