UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ALTEK CORPORATION,<br><br>　　　　　Defendant. | Civil Action No. 12-cv-0246-DLC<br><br>**PROOF OF SERVICE** |

  I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. My place of business is Orrick, Herrington & Sutcliffe, LLP, 1000 Marsh Road, Menlo Park, CA 94025. On February 15, 2013, I served the within document(s):

1. (CONFIDENTIAL) ALTEK'S OPPOSITION TO KODAK'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND MEMORANDUM OF LAW IN SUPPORT OF ALTEK'S CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT;

2. (CONFIDENTIAL) EXHIBITS 1, 2, 3 AND 4 TO THE DECLARATION OF JULIETTE CHAN IN SUPPORT OF ALTEK'S OPPOSITION TO KODAK'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

3. (CONFIDENTIAL) EXHIBITS 1, 2, 3 AND 4 TO THE DECLARATION OF JASON LIN IN SUPPORT OF ALTEK'S OPPOSITION TO KODAK'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

4. (CONFIDENTIAL) EXHIBITS A-J TO THE DECLARATION OF STEVE SHIH IN SUPPORT OF ALTEK'S OPPOSITION TO KODAK'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

5. (CONFIDENTIAL) EXHIBITS 1, 5, 6, 9, 10, AND 11 TO THE DECLARATION OF ALEX HSIA IN SUPPORT OF ALTEK'S OPPOSITION TO KODAK'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

6. (CONFIDENTIAL) DECLARATION OF JONATHAN TOMLIN IN SUPPORT OF ALTEK'S OPPOSITION TO KODAK'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

7. (CONFIDENTIAL) EXHIBITS 1, 2, 5, 6, 7, 8, 9, 10 AND 11 TO THE DECLARATION OF MORVARID METANAT IN SUPPORT OF ALTEK'S OPPOSITION TO KODAK'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

8. (CONFIDENTIAL) FEDERAL RULE OF CIVIL PROCEDURE 56(D) DECLARATION OF MORVARID METANAT IN SUPPORT OF ALTEK'S OPPOSITION TO KODAK'S MOTION FOR PARTIAL SUMMARY JUDGMENT;

9. (CONFIDENTIAL) ALTEK'S RESPONSE TO PLAINTIFF'S L.R. 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF KODAK'S MOTION FOR PARTIAL SUMMARY JUDGMENT.

| X | By transmitting via electronic mail the document(s) listed above to the email addresses set forth below before 12:00 Midnight on February 15, 2013. |
|---|---|

### ATTORNEYS FOR PLAINTIFF EASTMAN KODAK COMPANY

Jonathan W Woodard
jonathan.woodard@wilmerhale.com
Jordan L Hirsch
jordan.hirsch@wilmerhale.com
Michael J Summersgill
michael.summersgill@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000

Robert J. Gunther, Jr
Robert.Gunther@wilmerhale.com
WILMER, CUTLER, PICKERING HALE & DORR, LLP
7 World Trade Center
New York, NY 10007
Tel: (212) 230-8800

I am readily familiar with my firm's practice for collection and processing of correspondence for electronically transmitting, overnight delivery and/or mailing in the United States, to wit, that correspondence be electronically transmitted, and deposited with the Overnight Courier and/or United States Postal Service this same day in the ordinary course of business.

Executed on February 15, 2013 at Menlo Park, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Karen Mudurian