UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
EASTMAN KODAK COMPANY,                  :   12 Civ. 0246 (DLC)
                            Plaintiff, :
                                        :   ORDER
        -v-                             :
                                        :
ALTEK CORPORATION,                      :
                                        :
                            Defendant.  :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

   On February 15, 2013, the defendant erroneously filed an unredacted version of Exhibit 4 attached to the Declaration of Alex Hsia in Support of Altek's Opposition to Kodak's Motion for Partial Summary Judgment ("Hsia Declaration"). It is hereby

   ORDERED that the Clerk of Court shall strike document number 70 and its exhibits from the docket.

   IT IS FURTHER ORDERED that the defendant shall refile the Hsia Declaration and its exhibits with the appropriate redactions.

   SO ORDERED:

Dated:   New York, New York
         February 19, 2013

                                    _____
                                            DENISE COTE
                                    United States District Judge