UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EASTMAN KODAK COMPANY,

        Plaintiff,

     v.

ALTEK CORPORATION,

        Defendant.

Civil Action No. 12-cv-0246-DLC

DECLARATION OF MORVARID METANAT IN SUPPORT OF DEFENDANT ALTEK CORPORATION'S OPPOSITION TO EASTMAN KODAK COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Morvarid Metanat, declare:

1. I am a member of the State Bar of California and an associate with the law firm of Orrick, Herrington & Sutcliffe LLP, attorneys of record for Defendant Altek Corporation ("Altek"). I make this Declaration in Support of Defendant Altek Corporation's Opposition to Eastman Kodak Company's Motion for Partial Summary Judgment. Except as indicated herein, I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit 1 are true and correct copies of excerpts from the deposition transcript of Kodak's Rule 30(b)(6) witness, Michael Pagano, taken November 15, 2012, as received from the court reporter.

3. Attached hereto as Exhibit 2 are true and correct copies of excerpts from the deposition transcript of Altek's Rule 30(b)(6) witness, Jason Lin, taken October 26, 2012, as received from the court reporter.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from Altek's Third Set of Supplemental Responses to Kodak's Second Set of Interrogatories (No. 7), dated October 25, 2012.

5.      Attached hereto as Exhibit 4 is a true and correct copy of excerpts from Kodak's Objections and Responses to Altek's July 6, 2012 Second Set of Interrogatories (No. 3), dated August 16, 2012.

6.      Attached hereto as Exhibit 5 are true and correct copies of excerpts from the deposition transcript of Willy C. Shih, taken January 22, 2013, as received from the court reporter, and designated as confidential under the Protective Order.

7.      Attached hereto as Exhibit 6 is a true and correct copy of an email from Marc Miller dated June 21, 2010, as produced by Kodak with Bates number KOD-ATK00003311-312 and designated Highly Confidential under the Protective Order.

8.      Attached hereto as Exhibit 7 is a true and correct copy of an email from Michael Pagano dated November 1, 2010, as produced by Kodak with Bates number KOD-ATK00003673 and designated Confidential under the Protective Order.

9.      Attached hereto as Exhibit 8 is a true and correct copy of an email from Marc Miller dated August 10, 2010, as produced by Kodak with Bates numbers KOD-ATK00003320-322 and designated Highly Confidential under the Protective Order.

10.     Attached hereto as Exhibit 9 is a true and correct copy of an email from Marc Miller dated July 20, 2010, as produced by Kodak with Bates numbers KOD-ATK00006776 and designated Highly Confidential under the Protective Order.

11.     Attached hereto as Exhibit 10 is a true and correct copy of an email from Michael Pagano dated July 12, 2010, as produced by Kodak with Bates numbers KOD-ATK00006779 and designated Highly Confidential under the Protective Order.

12.     Attached hereto as Exhibit 11 is a true and correct copy of an email from Laura Quatela of Kodak attaching a draft Patent License Agreement, dated February 12, 2004, as

produced by Kodak with Bates numbers KOD-ATK00000176-197 and designated Confidential under the Protective Order.

13. Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the Taiwanese Company Act (Amended January 4, 2012), available at http://eng.selaw.com/tw.FLAWDAT0201.asp.

14. Subsequent to the November 15, 2012 deposition of Kodak's Rule 30(b)(6) designee, Michael Pagano, Altek demanded that Kodak make itself available for an additional deposition because Mr. Pagano was not adequately prepared to testify regarding topics listed in Altek's Deposition Notice to Kodak.  Kodak agreed to an additional Rule 30(b)(6) deposition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 15th day of February, 2013 in Menlo Park, California.


By: */s/ Morvarid Metanat*
MORVARID METANAT