[FILED stamp: FEB 21 2013, CHAMBERS OF DENISE COTE]

**WILMERHALE**

February 21, 2013

**By Email**

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007

Michael J. Summersgill

+1 617 526 6261 (t)
+1 617 526 5000 (f)
michael.summersgill@wilmerhale.com

[Stamp: DATE FILED: 2/21/13]

**MEMO ENDORSED**

Re:   *Eastman Kodak Company v. Altek Corporation*, 12-cv-246 (DLC)

Dear Judge Cote:

Altek filed a cross-motion for summary judgment on February 15, 2013 (Dkt. No. 68) but did not serve its supporting statement of facts until Tuesday, February 19 – four days after its statement of facts was due. Kodak believes that even Altek's cross-motion is untimely under the Court's December 7 Scheduling Order, which required summary judgment motions to be filed by February 1, 2013. (Dkt. No. 49.) Nevertheless, Kodak will submit its opposition by the February 22 deadline for the completion of summary judgment briefing. (*Id.*) But Altek's further delayed service of its statement of facts would leave Kodak just three days to respond to meet the February 22 deadline. Kodak therefore respectfully requests an extension to file its response to Altek's statement of facts until February 26, 2013. This is Kodak's first request for such relief. Altek consents to this request.

Respectfully submitted,

[signature]

Michael J. Summersgill

*Granted.*

[signature] Denise Cote
February 21, 2013

cc:   Michael Heafey (by email)
      Lisa T. Simpson (by email)
      Morvarid Metanat (by email)
      Robert J. Gunther, Jr. (by email)
      Jordan L. Hirsch (by email)
      Jonathan W. Woodard (by email)

Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109

Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington