```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :    12 Civ. 0246 (DLC)
EASTMAN KODAK COMPANY,                   :
                     Plaintiff,          :    ORDER
                                         :
          -v-                            :
                                         :
ALTEK CORPORATION,                       :
                                         :
                     Defendant.          :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

In an Opinion and Order dated March 29, 2013, the Court granted the plaintiff's motion for partial summary judgment and denied the defendant's motion for partial summary judgment. It is hereby

ORDERED that the parties are instructed to contact the chambers of Magistrate Judge Gorenstein no later than **April 3, 2013** in order to pursue settlement discussions under his supervision.

IT IS FURTHER ORDERED that the parties shall attend a conference on **May 10, 2013** at **12:00 P.M.** in Courtroom 15B at the United States Courthouse, 500 Pearl Street, New York, New York, 10007. The parties shall meet and confer prior to the conference to agree on a schedule for the future conduct of pretrial proceedings in this case.

SO ORDERED:

Dated:   New York, New York
         March 29, 2013

                                    _____
                                         DENISE COTE
                                    United States District Judge