```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :    12 Civ. 0246
EASTMAN KODAK COMPANY,                     :    (DLC)(GWG)
                      Plaintiff,           :
                                           :    ORDER OF REFERENCE
          -v-                              :    TO A MAGISTRATE
                                           :         JUDGE
ALTEK CORPORATION,                         :
                                           :
                      Defendant.           :
                                           :
------------------------------------------ X
```

DENISE COTE, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___  Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___  Specific Non-Dispositive Motion/Dispute

___  Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

___  Habeas Corpus

_X_  Settlement

___  Social Security

___  Inquest After Default/Damages Hearing

___  Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:

SO ORDERED:

Dated:   New York, New York
         March 29, 2013

                                    _____
                                    DENISE COTE
                                    United States District Judge

Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: / DATE FILED: 3/29/13