UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EASTMAN KODAK COMPANY,

    Plaintiff,

v.

ALTEK CORPORATION,

    Defendant.

Civil Action No. 12-cv-0246-DLC

### DEFENDANT ALTEK CORPORATION'S NOTICE OF MOTION FOR RECONSIDERATION OF THE COURT'S RULING ON EASTMAN KODAK'S MOTION FOR PARTIAL SUMMARY JUDGMENT

PLEASE TAKE NOTICE that upon the accompanying Defendant Altek Corporation's Memorandum of Law in Support of its Motion for Reconsideration of the Court's Ruling on Eastman Kodak's Motion for Partial Summary Judgment and all prior pleadings and proceedings herein, Altek will and hereby does move this Court, pursuant to Fed. R. Civ. P. 60(b)(6) and Local Civil Rule 6.3, for an order granting Altek's Motion for Reconsideration of the Court's March 29, 2013 Order interpreting the term "open market price."

This motion is based on this Notice of Motion, the memorandum of law submitted herewith, any such further evidence or argument as may be presented at or in connection with hearing on this motion, all pleadings, files and records in this action, and any other evidence the Court may properly consider.

Dated: April 12, 2013						ORRICK, HERRINGTON & SUTCLIFFE LLP


							By:	/s/ Morvarid Metanat

								Michael F. Heafey (admitted pro hac vice)
								Morvarid Metanat (admitted pro hac vice)
								1000 Marsh Road
								Menlo Park, CA 94025-1021
								(650) 614-7400
								mheafey@orrick.com
								mmetanat@orrick.com
								Attorneys for Defendant
								ALTEK CORPORATION