UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ALTEK CORPORTATION,<br><br>    Defendant. | Civil No.  12-cv-0246 DLC<br><br>Hon. Denise L. Cote |

## MOTION FOR ADMISSION PRO HAC VICE

    Pursuant to 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Paul T. Ehrlich, hereby move this Court for an Order of admission to practice Pro Hac Vice to appear as counsel for Altek Corporation in the above-captioned action.

    I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal courts.

| | |
|---|---|
| Dated:  April 23, 2013 | Respectfully submitted,<br><br>By:    /s/  Paul T. Ehrlich<br><br>Matthew D. Powers (*pro hac vice* pending)<br>Paul T. Ehrlich (*pro hac vice* pending)<br>Aaron M. Nathan (*pro hac vice* pending)<br>Tensegrity Law Group LLP<br>555 Twin Dolphin Drive<br>Suite 360<br>Redwood Shores, CA 94065<br>(650) 802-6000<br>(650) 802-6001 FAX<br>matthew.powers@tensegritylawgroup.com<br>paul.ehrlich@tensegritylawgroup.com<br>aaron.nathan@tensegritylawgroup.com<br><br>Attorneys for Defendant Altek Corporation |

**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617          TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

April 19, 2013

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, PAUL TSUTOMU EHRLICH, #228543 was admitted to the practice of law in this state by the Supreme Court of California on December 5, 2003; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ALTEK CORPORTATION,<br><br>    Defendant. | Civil No.  12-cv-0246 DLC<br><br>Hon. Denise L. Cote |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Paul T. Ehrlich, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

> Paul T. Ehrlich
> Tensegrity Law Group, LLP
> 555 Twin Dolphin Drive, Suite 360
> Redwood Shores, CA 94065
> (650) 802-6000
> (650) 802-6001 (Fax)
> paul.ehrlich@tensegritylawgroup.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Altek Corporation in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____            _____
                                                              United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ALTEK CORPORTATION,<br><br>    Defendant. | Civil No.  12-cv-0246 DLC<br><br>Hon. Denise L. Cote |

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 23rd day of April, 2013, I caused the Motion for Admission Pro Hac Vice of Paul T. Ehrlich and Proposed Order to be served on all attorneys of record through the Court's ECF system.

                                              By:    */s/ Paul T. Ehrlich*
                                                                  Paul T. Ehrlich