UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ALTEK CORPORTATION,<br><br>    Defendant. | Civil No.  12-cv-0246 DLC<br><br>Hon. Denise L. Cote |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Matthew D. Powers, hereby move this Court for an Order of admission to practice Pro Hac Vice to appear as counsel for Altek Corporation in the above-captioned action.

I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal courts.

Dated:  April 25, 2013

Respectfully submitted,

By:     */s/  Matthew D. Powers*

Matthew D. Powers (*pro hac vice* pending)
Paul T. Ehrlich (*pro hac vice* pending)
Aaron M. Nathan (*pro hac vice* pending)
Tensegrity Law Group LLP
555 Twin Dolphin Drive
Suite 360
Redwood Shores, CA 94065
(650) 802-6000
(650) 802-6001 FAX
matthew.powers@tensegritylawgroup.com
paul.ehrlich@tensegritylawgroup.com
aaron.nathan@tensegritylawgroup.com

Attorneys for Defendant Altek Corporation



# Supreme Court of California

FRANK A. McGUIRE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *MATTHEW DOUGLAS POWERS*

*I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that MATTHEW DOUGLAS POWERS, #104795, was on the 3rd day of December, 1982, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court
on the 25th day of April, 2013.*

FRANK A. McGUIRE
*Clerk of the Supreme Court*

By: _____
I. H. CALANOC, Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>     Plaintiff,<br><br>v.<br><br>ALTEK CORPORTATION,<br><br>     Defendant. | Civil No.  12-cv-0246 DLC<br><br>Hon. Denise L. Cote |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Matthew D. Powers, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

> Matthew D. Powers
> Tensegrity Law Group, LLP
> 555 Twin Dolphin Drive, Suite 360
> Redwood Shores, CA 94065
> (650) 802-6000
> (650) 802-6001 (Fax)
> matthew.powers@tensegritylawgroup.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Altek Corporation in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                    _____
                                                                                    United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ALTEK CORPORTATION,<br><br>    Defendant. | Civil No.  12-cv-0246 DLC<br><br>Hon. Denise L. Cote |

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 25rd day of April, 2013, I caused the Motion for Admission Pro Hac Vice of Matthew D. Powers and Proposed Order to be served on all attorneys of record through the Court's ECF system.

                                                    By:    */s/  Matthew D. Powers*
                                                                    Matthew D. Powers