UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>     Plaintiff,<br><br>v.<br><br>ALTEK CORPORTATION,<br><br>     Defendant. | Civil No.  12-cv-0246 DLC<br><br>Hon. Denise L. Cote |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Aaron M. Nathan, hereby move this Court for an Order of admission to practice Pro Hac Vice to appear as counsel for Altek Corporation in the above-captioned action.

I am in good standing of the bars of the state of California and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal courts.

Dated:  April 26, 2013

Respectfully submitted,

By:   /s/ Aaron M. Nathan

Matthew D. Powers (*pro hac vice* pending)
Paul T. Ehrlich (*pro hac vice* pending)
Aaron M. Nathan (*pro hac vice* pending)
Tensegrity Law Group LLP
555 Twin Dolphin Drive
Suite 360
Redwood Shores, CA 94065
(650) 802-6000
(650) 802-6001 FAX
matthew.powers@tensegritylawgroup.com
paul.ehrlich@tensegritylawgroup.com
aaron.nathan@tensegritylawgroup.com

Attorneys for Defendant Altek Corporation



# Supreme Court of California

**FRANK A. McGUIRE**
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### AARON MATTHEW NATHAN

*I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that AARON MATTHEW NATHAN, #251316, was on the 29th day of November, 2007, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 25th day of April, 2013.*

FRANK A. McGUIRE
*Clerk of the Supreme Court*

By: _____
L. H. CALANOC, Deputy Clerk



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

### AARON MATTHEW NATHAN

was on **FEBRUARY 1, 2010,** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **April 23, 2013**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EASTMAN KODAK COMPANY,

    Plaintiff,

v.

ALTEK CORPORTATION,

    Defendant.

Civil No.  12-cv-0246 DLC

Hon. Denise L. Cote

### ORDER FOR ADMISSION PRO HAC VICE

The motion of Aaron M. Nathan, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the state of California and the District of Columbia; and that his contact information is as follows:

> Aaron M. Nathan
> Tensegrity Law Group, LLP
> 555 Twin Dolphin Drive, Suite 360
> Redwood Shores, CA 94065
> (650) 802-6000
> (650) 802-6001 (Fax)
> aaron.nathan@tensegritylawgroup.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Altek Corporation in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____
                                                                               United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>　　　Plaintiff,<br><br>v.<br><br>ALTEK CORPORTATION,<br><br>　　　Defendant. | Civil No.  12-cv-0246 DLC<br><br>Hon. Denise L. Cote |

## CERTIFICATE OF SERVICE

　　　I HEREBY CERTIFY that on this 26th day of April, 2013, I caused the Motion for Admission Pro Hac Vice of Aaron M. Nathan and Proposed Order to be served on all attorneys of record through the Court's ECF system.

　　　　　　　　　　　　　　　　　　　By:　　*/s/  Aaron M. Nathan*
　　　　　　　　　　　　　　　　　　　　　　　Aaron M. Nathan