UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EASTMAN KODAK COMPANY,

       Plaintiff,

       v.

ALTEK CORPORATION,

       Defendant.

Civil Action No. 12-cv-0246-DLC

## DECLARATION OF MORVARID METANAT IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

1.     I am a member of the Bar of the State of California and have been admitted *pro hac vice* before this Court in this matter. I am an associate at the law firm Orrick, Herrington & Sutcliffe LLP ("Orrick"), attorneys for Defendant Altek Corporation in this action. I submit this Declaration in support of Orrick's Motion to Withdraw as Counsel for Altek.

2.     Altek has retained new counsel in this action and no longer requires the representation of Lisa T. Simpson, Michael F. Heafey, and Morvarid Metanat of Orrick. Altek has retained Matthew D. Powers, Paul T. Ehrlich, and Aaron M. Nathan of the Tensegrity Law Group, LLP, who have been admitted to appear *pro hac vice* on behalf of Altek in this action.

3.     Orrick's withdrawal will not materially affect the interests of Altek or interfere with these proceedings.

4.     Orrick is not asserting a retaining or charging lien.

5.     Orrick intends to promptly deliver to Altek's new counsel any papers and property to which it is entitled in connection with this action, consistent with the terms and requirements of any governing protective orders.

-2-

6. On April 29, 2013, I requested that Kodak's counsel stipulate to Orrick's withdrawal and substitution of counsel, pursuant to the Local Civil Rule 1.4 Committee Note which states that substitution of counsel may be obtained by a "stipulation which has been signed by counsel, the counsel's client, and all other parties, and which has been so ordered by the Court."   Kodak's counsel has refused to stipulate to the withdrawal and substitution, but has stated that Kodak does not object.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Menlo Park, California this 30th day of April, 2013.

*/s/ Morvarid Metanat*
Morvarid Metanat

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EASTMAN KODAK COMPANY,

      Plaintiff,

    v.

ALTEK CORPORATION,

      Defendant.

Civil Action No. 12-cv-0246-DLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 30, 2013, I caused Defendant Altek Corporation's DECLARATION OF MORVARID METANAT IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL to be served on all attorneys of record through the Court's ECF system.

Dated: April 30, 2013        By: */s/ Morvarid Metanat*
                                                     Morvarid Metanat