UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>ALTEK CORPORATION,<br><br>　　　　　Defendant. | Civil Action No.  12-cv-0246-DLC<br><br>**PROOF OF SERVICE** |

　　　　I am a resident of the State of California and over the age of eighteen years, and not a party to the within action.  My place of business is Orrick, Herrington & Sutcliffe, LLP, 1000 Marsh Road, Menlo Park, CA 94025.  On April 30, 2013, I served the within document(s):

1. **ALTEK CORPORATION'S NOTICE OF MOTION TO WITHDRAW AS COUNSEL;**

2. **MEMORANDUM OF LAW IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL;**

3. **DECLARATION OF MORVARID METANAT IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL;** AND

4. **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR ALTEK CORPORATION.**

| | |
|---|---|
| X | By transmitting via electronic mail the document(s) listed above to the email addresses set forth below before 12:00 Midnight on April 30, 2013. |
| X | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on April 30, 2013. |

　　　　　　　　　　　　　　　　　　**Juliette Chan**
　　　　　　　　　　　　　　　　juliettechan@altek.com.tw
　　　　　　　　　　　　　　　　ALTEK CORPORATION
　　　　　　　　　　　　　　　3F, No. 10, Li-Shin Road
　　　　　　　　　　　　　　Science-Based Industrial Park
　　　　　　　　　　　　　　　Hsinchu, Taiwan, R.O.C.

I am readily familiar with my firm's practice for collection and processing of correspondence for electronically transmitting, overnight delivery and/or mailing in the United States, to wit, that correspondence be electronically transmitted, and deposited with the Overnight Courier and/or United States Postal Service this same day in the ordinary course of business.

Executed on April 30, 2013 at Menlo Park, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Karen Mudurian

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMAN KODAK COMPANY,<br><br>      Plaintiff,<br><br>      v.<br><br>ALTEK CORPORATION,<br><br>      Defendant. | Civil Action No. 12-cv-0246-DLC |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 30, 2013, I caused Defendant Altek Corporation's PROOF OF SERVICE to be served on all attorneys of record through the Court's ECF system.

Dated: April 30, 2013              By:    */s/ Morvarid Metanat*
                                                     Morvarid Metanat