**tensegrity**
LAW GROUP LLP

APPROVED
APR 30 2013
...RS OF
DENISE COTE

...ONICALLY ...LED

5|6|2013

**MEMO ENDORSED**

**VIA EMAIL**

April 30, 2013

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007

WRITER'S DIRECT LINE:
(650) 802-6010
MATTHEW.POWERS@
TENSEGRITYLAWGROUP.COM

**Re:**   *Eastman Kodak Company v. Altek Corporation*, 12-cv-246 (DLC)

Dear Judge Cote:

Pending the Court's approval of my motion for admission *pro hac vice* (Dkt. 110), I have assumed the role of principal counsel representing Altek in the above-captioned matter.

I will be unable to attend the Court's conference with the parties on May 10, 2013, because I must attend a hearing in San Francisco in another case, which was scheduled for the same day prior to my involvement in the present case.  I therefore respectfully request on Altek's behalf that the Court reschedule the conference with the parties.  I could attend a conference in person on the following dates, and can provide additional dates if the Court so wishes: May 29, 30, or 31, or June 6 or 7.

In the alternative, I request that the Court excuse Altek from the principal-counsel requirement for this conference, in which case my partner Paul Ehrlich would appear at the May 10 conference on behalf of Altek.  As a further alternative, we could appear at the May 10 conference by telephone if the time could be moved to any time after 3:00 P.M. EDT, which should be after my other hearing concludes.

Altek has made no previous request for an extension of the date of this conference.

Altek sought Kodak's agreement to request a new date for the conference or relief from the principal-counsel requirement, and Kodak stated through counsel that it would like to go forward on the 10th of May, but that it would not object to Altek's request for relief from the principal-counsel requirement.

Thank you for your consideration of this request.

Respectfully,

TENSEGRITY LAW GROUP LLP

Matthew D. Powers

*In the future, any request should reflect the parties' joint submission of alternative dates. The conference is adjourned to May 29, 2013 at 2:00 p.*

*Denise Cote*

*May 6, 2013*

Honorable Denise L. Cote, United States District Judge
April 30, 2013
Page 2


cc:
Michael Summersgill (by email)
Robert J. Gunther, Jr. (by email)
Jordan Hirsch (by email)
Jonathan Woodard (by email)
Michael F. Heafey (by email)
Morvarid Metanat (by email)