

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EASTMAN KODAK COMPANY,

Plaintiff,

v.

ALTEK CORPORATION,

Defendant.

Civil Action No. 12-cv-0246-DLC

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR ALTEK CORPORATION

On this day came for consideration the Motion to Withdraw as Counsel for Defendant Altek Corporation of Lisa T. Simpson, Michael F. Heafey, and Morvarid Metanat of the law firm of Orrick, Herrington & Sutcliffe LLP. Having considered the motion, the Court finds that it should be and is hereby GRANTED.

Accordingly, it is ORDERED that Lisa T. Simpson, Michael F. Heafey, and Morvarid Metanat are hereby withdrawn as counsel of record for Altek and shall be removed from all future notices in this lawsuit.

Dated: May 6, 2013

By: _____
DENISE L. COTE
UNITED STATES DISTRICT JUDGE