

June 28, 2013

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007

VIA EMAIL

WRITER'S DIRECT LINE:
(650) 802-6010
MATTHEW.POWERS@
TENSEGRITYLAWGROUP.COM

**MEMO ENDORSED**

Re: *Eastman Kodak Company v. Altek Corporation*, 12-cv-246 (DLC)

Dear Judge Cote:

The Court ordered the parties to inform the Court of their proposed schedule for the remainder of the case by June 28, 2013. This letter is to inform the Court that the parties have conferred and are continuing to confer regarding the schedule and have not yet reached an agreement. Accordingly, Altek respectfully requests a brief extension of time, until July 3, 2013, for the parties to inform the Court regarding the proposed schedule for the remainder of the case. Counsel for Altek has conferred with counsel for Kodak and Kodak agrees to the extension requested herein.

Respectfully,

TENSEGRITY LAW GROUP LLP

Matthew D. Powers

cc:
Michael Summersgill (by email)
Robert J. Gunther, Jr. (by email)
Jordan Hirsch (by email)
Jonathan Woodard (by email)

Granted. There shall be no further extension.

/s/ Denise Cote
6/28/13