Cote, D.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EASTMAN KODAK COMPANY,

    Plaintiff,

    v.

ALTEK CORPORATION,

    Defendant.

12-cv-246-DLC

~~(PROPOSED)~~
SCHEDULING ORDER

Pursuant to the Court's May 29, 2013 Order, Eastman Kodak Company and Altek

Corporation have agreed upon the following schedule for discovery and trial in the above-

captioned case:

| Event | Date |
|-------|------|
| Close of Fact Discovery | October 16, 2013 |
| Opening Expert Reports – on issues where a party bears the burden of proof | November 15, 2013 |
| Rebuttal Expert Reports | December 16, 2013 |
| Close of Expert Discovery | January 15, 2014 |
| Joint Pretrial Order | January 29, 2014 |
| Parties Ready for Trial | February 2014 |

SO ORDERED

DATE: _July 8, 2013_

_____

Denise L. Cote
United States District Court Judge

- 1 -

Respectfully submitted,

COUNSEL FOR PLAINTIFF

_____

Robert J. Gunther, Jr.
Wilmer Cutler Pickering Hale & Dorr, LLP
399 Park Avenue
New York, New York 10022
Tel: (212) 230-8800
Fax: (212) 230-8888
robert.gunther@wilmerhale.com

Michael J. Summersgill
Jordan L. Hirsch
Jonathan W. Woodard
Wilmer Cutler Pickering Hale & Dorr, LLP
60 State Street
Boston, MA 02106
Tel: (617) 526-6000
Fax: (617) 526-5000
michael.summersgill@wilmerhale.com
jordan.hirsch@wilmerhale.com
jonathan.woodard@wilmerhale.com

Attorneys for Eastman Kodak Company

Dated:   July 3, 2013

COUNSEL FOR DEFENDANT

_____

Matthew D. Powers
Paul T. Ehrlich
Aaron M. Nathan
Tensegrity Law Group
555 Twin Dolphin Dr., Suite 360
Redwood Shores, CA 94065
Tel: 650-802-6000
Fax: 650-802-6001
matthew.powers@tensegritylawgroup.com
paul.ehrich@tensegritylawgroup.com
aaron.nathan@tensegritylawgroup.com

Attorneys for Altek Corporation

Dated:   July 3, 2013

- 2 -