```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :   12 Civ. 246 (DLC)
EASTMAN KODAK COMPANY,                     :
                  Plaintiff,               :   ORDER OF
                                           :   DISCONTINUANCE
     -v-                                   :
                                           :
ALTEK CORPORATION,                         :
                  Defendant.               :
                                           :
----------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is hereby discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

SO ORDERED:

Dated:   New York, New York
         August 22, 2013

                                   _____
                                          DENISE COTE
                                   United States District Judge